AMY BISSON HOLLOWAY, State Bar No. 163731
General Counsel
EDMUNDO R. AGUILAR, State Bar No. 136142
Assistant General Counsel
LEN GARFINKEL, State Bar No. 114815
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone:  (916) 319-0860
Facsimile:  (916) 319-0155
lgarfinkel@cde.ca.gov
Attorneys for Defendants California Department of Education
and Superintendent Tom Torlakson in his individual and
official capacities

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT H., et al., | Case No. 2:13-CV-00889-MCE-DAD |
| Plaintiffs, | ORDER GRANTING EX PARTE APPLICATION TO ENLARGE PAGE LIMITATION FOR INITIAL BRIEF IN SUPPORT OF MOTION TO DISMISS OF DEFENDANTS CALIFORNIA DEPARTMENT OF EDUCATION AND TOM TORLAKSON |
| v. | |
| DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, et al., | |
| Defendants. | |

Having considered the Ex Parte Application of Defendants the California Department of Education and Superintendent Tom Torlakson in his individual and official capacities ("the CDE Defendants") for an ex parte order enlarging the page limit on their initial brief in support of a Motion to Dismiss from 20 pages to 40 pages, and good cause appearing therefore,

IT IS HEREBY ORDERED that the CDE Defendants may file an initial brief in support of their Motion to Dismiss of up to 40 pages (exclusive of tables and appendices).

Dated: July 11, 2013                         /s/

John A. Mendez, United States District Judge
(for) Morrison C. England, Jr.