Sloan R. Simmons, SBN 233752
Marcella L. Gutierrez, SBN 214224
Jessica Gasbarro, SBN 258100
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone:     (916) 329-7433
Facsimile:     (916) 329-9050
Email:         jgasbarro@lozanosmith.com

Attorneys for Defendants
Dry Creek Joint Elementary School District,
Board of Trustees of Dry Creek Joint Elementary
School District, Mark Geyer, Lynn Barbaria,
Andrew Giannini and Evonne Rogers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT H., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 2:13-cv-00889-MCE-DAD<br><br>**PARTIES' STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT ET AL.'S MOTION TO DISMISS CERTAIN CAUSES OF ACTION IN PLAINTIFFS' COMPLAINT AND/OR MOTION TO STRIKE PORTIONS OF PLAINTIFFS' COMPLAINT; AND ORDER**<br><br>Date:  August 8, 2013<br>Time:  2:00 p.m.<br>Courtroom:  7, 14th Floor<br>Judge:  Hon. Morrison C. England |

Parties' Stip. to Cont. Hearing on Defs.' Mot. to Dismiss & Mot. to Strike; & [Proposed] Order

Everett H. et al. v. DCJESD et al.
Case No. 2:13-cv-00889-MCE-DAD

LOZANO SMITH
One Capitol Mall, Suite 640 Sacramento, California 95814
Tel 916-329-7433  Fax 916-329-9050

IT IS STIPULATED, pursuant to the Court's Local Rule 230(f), by and between Defendants Dry Creek Joint Elementary School District, board of Trustees of Dry Creek Joint Elementary School District, Mark Geyer, Lynn Barbaria, Andrew Giannini and Evonne Rogers (collectively "Local Defendants") through their counsel of record Sloan Simmons of Lozano Smith, Defendants California Department of Education and State Superintendent of Public Instruction Tom Torlakson ("State Defendants") through their counsel of record Len Garfinkel as Deputy General Counsel to the California Department of Education, and Plaintiffs Everett H. by and through his Guardians Ad Litem Rebecca and Heath A. Havey, Rebecca Havey, and as Pro Se Plaintiff Heath A. Havey ("Plaintiffs"), through their counsel of record and as Pro Se Heath A. Havey, as follows:

1. Plaintiffs filed their Complaint in the above-captioned case on May 6, 2013;

2. Local Defendants filed a Motion to Dismiss Certain Causes of Action in the Complaint and/or Motion to Strike Certain Portions of the Complaint on June 26, 2013, setting a hearing date for said motion of August 8, 2013;

3. Plaintiffs' Opposition to Local Defendants' Motion to Dismiss and/or Motion to Strike is currently due on **July 25, 2013**, and Local Defendants' Reply is currently due on August 1, 2013;

4. State Defendants filed a Motion to Dismiss with regard to Plaintiffs' Complaint on July 15, 2013, setting a hearing date for said motion of September 5, 2013;

5. The Parties anticipate, based on the arguments in the motions to dismiss by Local Defendants and State Defendants, that there will be substantial overlap in the issues adjudicated by the Court relative to the two motions to dismiss, and a consolidated hearing process will be most efficient and will avoid the potential danger of inconsistent rulings and/or judgments;

6. Pursuant to Local Rule 230(f), the Parties agree to continue the hearing on Local Defendants' Motion to Dismiss and/or Motion to Strike to the same date and time set for State Defendants' Motion to Dismiss, September 5, 2013, at 2:00 p.m.; and

///
///
///
///

7. The Parties also agree that any Opposition and Reply deadlines under Local Rule 230(d) and (e) relating to Local Defendants' Motion to Dismiss and/or Motion to Strike, will also be continued, now calendared based upon a September 5, 2013 hearing date.

Dated: July 17, 2013                                Respectfully submitted,

                                      LOZANO SMITH

/S/ Sloan R. Simmons
SLOAN R. SIMMONS
Attorneys for Defendants
Dry Creek Joint Elementary School District,
Board of Trustees of Dry Creek Joint
Elementary School District, Mark Geyer, Lynn
Barbaria, Andrew Giannini and Evonne Rogers

Dated: July 17, 2013                                Respectfully submitted,

AMY BISSON HOLLOWAY
General Counsel
EDMUNDO AGUILAR
Assistant General Counsel

/S/ Len Garfinkel
LEN GARFINKEL
Deputy General Counsel
Attorneys for Defendants California Department
of Education and Tom Torlakson, individually
and in his official capacity as State
Superintendent of Public Instruction

Dated: July 17, 2013                                Respectfully submitted,

/S/ Heath A. Havey
HEATH A. HAVEY
Attorney for Plaintiffs Rebecca F. Havey and
Everett H. and Pro Se Plaintiff, and Guardian Ad
Litem for Minor Everett H.

LOZANO SMITH
One Capitol Mall, Suite 640 Sacramento, California 95814
Tel 916-329-7433  Fax 916-329-9050

Parties' Stip. to Cont. Hearing on Defs.' Mot. to Dismiss   3   Everett H. et al. v. DCJESD et al.
& Mot. to Strike; & Order                                        Case no. 2:13-cv-00889-MCE-DAD

**ORDER**

Pursuant to the foregoing Stipulation of the Parties, and good cause appearing therefrom, the hearing on the Local Defendants' pending Motion to Dismiss and/or Motion to Strike (ECF No. 8) is continued to **September 5, 2013, at 2:00 p.m.,** in Courtroom 7, and any corresponding Opposition and Reply deadlines under Local Rule 230(d) and (e) are also correspondingly continued.

IT IS SO ORDERED.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

LOZANO SMITH
One Capitol Mall, Suite 640 Sacramento, California 95814
Tel 916-329-7433  Fax 916-329-9050

Parties' Stip. to Cont. Hearing on Defs.' Mot. to Dismiss & Mot. to Strike; & Order      4      Everett H. et al. v. DCJESD et al.
Case no. 2:13-cv-00889-MCE-DAD