UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT H., et al., | No. 2:13-cv-00889-MCE-DAD |
| Plaintiffs, | |
| v. | **ORDER** |
| DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, et al., | |
| Defendants. | |

Presently before the Court are: (1) an Ex Parte Application to Enlarge Page Limitation for Opposition to the CDE Defendants' Motion to Dismiss,[1] filed by Plaintiffs on August 8, 2013 (ECF No. 23); (2) an Ex Parte Application to Enlarge Page Limitation for Opposition to the Local Defendants' Motion to Dismiss,[2] filed by Plaintiffs on August 9, 2013 (ECF No. 24); and (3) an Ex Parte Application to Enlarge Page Limitation for Reply Brief in Support of Motion to Dismiss, filed by the CDE Defendants on August 9, 2013 (ECF No. 26).

///

---

[1] The CDE Defendants include the California Department of Education and Superintendent Tom Torlakson.

[2] The Local Defendants include Dry Creek Joint Elementary School District, Board of Trustees of Dry Creek Elementary School District, Mark Geyer, Evonne Rogers, Lynn Barbaria and Andrew Giannini.

1

Having considered the parties' ex parte applications and good cause appearing therefrom, IT IS ORDERED as follows:

1. Plaintiffs may file an opposition brief to the CDE Defendants' Motion to Dismiss of up to forty (40) pages (exclusive of tables and appendices), and the CDE Defendants may file a reply to that opposition of up to twenty (20) pages (exclusive of tables and appendices).

2. Plaintiffs may file an opposition brief to the Local Defendants' Motion to Dismiss of up to thirty (30) pages (exclusive of tables and appendices), and the Local Defendants may file a reply to that opposition of up to fifteen (15) pages (exclusive of tables and appendices).

IT IS SO ORDERED.

Dated:  August 20, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT