HEATH A. HAVEY (SBN 244087)
801 K St., Ste.2300
Sacramento, CA 95814
E-mail: haveyh@jacksonlewis.com
Tel: 916-341-0404
Fax: 916-341-0141

Attorney for Plaintiff Rebecca Havey and
Minor Plaintiff Everett H.


HEATH A. HAVEY
9450 Courtney Way
Roseville, CA 95747
E-mail: haveyh@jacksonlewis.com
Tel: 916-749-4526
Fax: 916-341-0141

Plaintiff Pro Se and as Guardian ad Litem
for Minor Plaintiff Everett H.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EVERETT H., a minor, by and through his Guardians Ad Litem REBECCA HAVEY and HEATH HAVEY; REBECCA HAVEY, an individual; and HEATH HAVEY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT; MARK GEYER, individually; EVONNE ROGERS, individually; LYNN BARBARIA, individually; ANDREW GIANNINI, individually; CALIFORNIA DEPARTMENT OF EDUCATION; and TOM TORLAKSON, individually and in his official capacity as superintendent of public instruction,<br><br>Defendants. | CASE NO. 2:13-CV-00889-MCE-DAD<br><br>**STIPULATION TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FRCP RULE 15(a)(2)**<br><br>Complaint Filed:  May 6, 2013<br>FAC Filed:          April 15, 2014<br>Trial Date:          None Set |

Pursuant to Federal Rules of Civil Procedure, Rule 15(a)(2), the parties to this action hereby stipulate to the filing of Plaintiffs' Second Amended Complaint ("SAC"), a true and correct copy of which is enclosed as Exhibit "A." The SAC is intended to make corrections in Plaintiffs' First Amended Complaint related to inadvertent inclusions and deletions by ensuring the SAC is consistent with this

Court's orders denying in part and granting in part the motions to dismiss filed by defendants, and will serve to make litigation of this matter more efficient.  The parties acknowledge and agree that making these amendments will not prejudice any of them, and that the parties do not waive any of their rights related to the factual or legal allegations contained in the SAC, including the Defendants' ability to challenge the SAC and the claims therein by way of motion under Rule 12 of the Federal Rules of Civil Procedure or otherwise.

**IT IS SO STIPULATED.**

Dated:  May 12, 2014            /s/  *Heath A. Havey*
                                 Heath A. Havey

                                 Attorney for Plaintiffs Rebecca F. Havey and Everett H.,
                                 as Pro Se Plaintiff and Guardian ad litem for Minor
                                 Everett H.

Date: May 12, 2014             /s/  *Len Garfinkel* (as authorized May 12, 2014)
                                Len Garfinkel, Deputy General Counsel California
                                Department of Education

                                Attorney for Defendants California Department of
                                Education and Superintendent Tom Torlakson
                                in his individual and official capacities

Date:  May 12, 2014            LOZANO SMITH

                                /s/  *Sloan R. Simmons* (as authorized May 12, 2014)
                                Sloan R. Simmons

                                Attorneys for Defendants
                                Dry Creek Joint Elementary School District, Mark Geyer,
                                Lynn Barbaria, Andrew Giannini and Evonne Rogers

**IT IS SO ORDERED.**

Dated:  May 21, 2014

                                _____
                                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                UNITED STATES DISTRICT COURT