AMY BISSON HOLLOWAY, State Bar No. 163731
General Counsel
EDMUNDO R. AGUILAR, State Bar No. 136142
Assistant General Counsel
LEN GARFINKEL, State Bar No. 114815
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone:  916-319-0860
Facsimile:   916-319-0155
lgarfinkel@cde.ca.gov
Attorneys for Defendants California Department of Education
and Superintendent Tom Torlakson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT H., et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>DRY CREEK JOINT ELEMENTARY<br>SCHOOL DISTRICT, et al.,<br><br>         Defendants. | Case No. 2:13-cv-00889-MCE-DAD<br><br>ORDER EXTENDING DEFENDANT SUPERINTENDENT TORLAKSON'S TIME TO ANSWER SECOND AMENDED COMPLAINT UNTIL 14 DAYS AFTER RULING ON MOTION TO DISMISS |

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Superintendent Torlakson's time to file an answer to Plaintiffs' Second Amended Complaint is extended until 14 days after the Court rules on Defendant Superintendent Torlakson's motion to dismiss the Second Amended Complaint as to him.

Dated:  June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT