AMY BISSON HOLLOWAY, State Bar No. 163731
General Counsel
EDMUNDO AGUILAR, State Bar No. 136142
Assistant General Counsel
TODD M. SMITH, State Bar No. 170798
Assistant General Counsel
LEN GARFINKEL, State Bar No. 114815
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone:  916-319-0860
Facsimile:   916-319-0155
lgarfinkel@cde.ca.gov
Attorneys for Defendant California Department of Education

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EVERETT H., a minor, by and through his Guardians Ad Litem REBECCA HAVEY and HEATH HAVEY; REBECCA HAVEY, an individual; and HEATH HAVEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT; BOARD OF TRUSTEES OF DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT; MARK GEYER, individually and in his official capacity of Superintendent of Dry Creek Joint Elementary School District; EVONNE ROGERS, individually and in her official capacity as Assistant Superintendent of Educational Services; LYNN BARBARIA, individually and in her official capacity as Director of Special Education; ANDREW GIANNINI, individually and in his official capacity as Principal at Olive Grove Elementary School; CALIFORNIA DEPARTMENT OF EDUCATION;<br><br>Defendants. | Case No. 2:13-CV-00889-MCE-DAD<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE |

Having considered defendant the California Department of Education's request to continue the settlement conference currently scheduled for October 15, 2015 (Dkt. #91), the court's availability for a settlement conference on November 6, 2015, at 10:00 a.m., and the parties' stipulation to reschedule the settlement conference to November 6, 2015, at 10:00 a.m., and finding good cause therefor.

IT IS HEREBY ORDERED that (1) the settlement conference is continued from October 15, 2015, to November 6, 2015, at 10:00 a.m., and (2) the due date for settlement conference statements is continued from October 8, 2015, to October 30, 2015.

Dated: October 1, 2015

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE

/GGH17;ever889.stip.cont

---

Case No. 2:13-CV-00889-MCE-DAD     1     [Proposed] Order Rescheduling Settlement Conference