1  Sloan R. Simmons, SBN 233752
   Marcella L. Gutierrez, SBN 214224
2  Jessica Gasbarro, SBN 258100
   **LOZANO SMITH**
3  One Capitol Mall, Suite 640
   Sacramento, CA 95814
4  Telephone:      (916) 329-7433
   Facsimile:      (916) 329-9050
5  Email:          jgasbarro@lozanosmith.com

6  Attorneys for Defendants
   Dry Creek Joint Elementary School District,
7  Mark Geyer, Lynn Barbaria,
   Andrew Giannini and Evonne Rogers
8

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  EVERETT H., et al.,                    No. 2:13-cv-00889-MCE-DAD

13                Plaintiffs,               **STIPULATION AND ORDER RE: SCOPE OF PENDING SUBPOENAS SERVED ON THIRD PARTIES SAN JUAN UNIFIED SCHOOL DISTRICT AND VISIONS IN EDUCATION**
         vs.
14
    DRY CREEK JOINT ELEMENTARY SCHOOL
15  DISTRICT, et al.,

16                Defendants.

1    Plaintiffs Heath Havey, Rebecca Havey and Everett H. ("Plaintiffs") and Defendants Dry Creek Joint Elementary School District, Mark Geyer, Lynn Barbaria, Andrew Giannini and Evonne Rogers ("Defendants"), by and through their respective counsel, jointly stipulate as follows:

    1.    On September 30, 2015, Defendants provided notice to Plaintiffs of their intent to serve subpoenas duces tecum ("Subpoenas") on third parties San Juan Unified School District and Visions in Education (the "Third Parties"), and to do so on October 2, 2015;

    2.    On October 2, 2015, Defendants served the Subpoenas on the Third Parties, and the Subpoenas set forth a date for compliance of October 19, 2015;

    3.    Between October 5, 2015 through October 14, 2015, Plaintiffs and Defendants exchanged several written communications regarding the Subpoenas;

    4.    On October 12, 2015, Plaintiffs filed a Motion to Quash the Subpoenas, and supporting papers;

    5.    Plaintiffs and Defendants participated in a conference call with the Honorable Chief Magistrate Judge Drozd on October 14, 2015, during which the parties agreed upon a resolution to the parties' dispute regarding the Subpoenas;

    6.    The parties agree to modify the description of the documents that the Third Parties are commanded to produce pursuant to the Subpoenas as follows:

    ~~Any and all educational~~ Records relating to Everett H____, DOB __/03, including ~~but not limited to~~ educational assessments, evaluation reports, *signed* individualized education plans, progress reports, report cards, enrollment records, attendance records, standardized testing records, ~~health records,~~ and communications with Everett's parents *regarding these records*, redacting all private information not specifically responsive to the categories delineated above.

    7.    Based upon the agreed upon modifications in paragraph 6, the Third Parties are commanded to produce the following documents pursuant to the Subpoenas:

    Records relating to Everett H____, DOB ___/03, including educational assessments, evaluation reports, signed individualized education plans, progress reports, report cards, enrollment records, attendance records, standardized testing records, and communications

LOZANO SMITH
One Capitol Mall, Suite 640 Sacramento, California 95814
Tel 916-329-7433 Fax 916-329-9050

1   with Everett's parents regarding these records, redacting all private information not
2   specifically responsive to the categories delineated above.

3   8.   The parties further agree to enter into the form Stipulated Protective Order for Standard Litigation utilized by the U.S. District Courts in California, which is filed and submitted separately but concurrently with this Stipulation, and will be provided by Defendants to the Third Parties at least two days prior to the date the Third Parties are required to respond to the Subpoenas. The Third Parties shall be deemed "Designating Parties" as that term is defined in the Stipulated Protective Order for Standard Litigation.

9.   The parties further agree to bear their own attorneys' fees and costs as it relates to the Parties' dispute regarding the Subpoenas and Plaintiffs' Motion to Quash.

10.   By agreeing to this Stipulation, Plaintiffs do not waive any rights as to alleging that the Subpoenas, even as amended, are overbroad, irrelevant, and violative of the Family Educational Rights and Privacy Act ("FERPA") or the privacy rights of Everett H. and any other affected parties under the federal and state Constitutions, or that any of the requested documents are admissible evidence.

Dated: October 15, 2015                    Respectfully submitted,

**LOZANO SMITH**

/s/ Sloan R. Simmons
SLOAN R. SIMMONS
MARCELLA L. GUTIERREZ
JESSICA GASBARRO
Attorneys for Defendants
Dry Creek Joint Elementary School District, Mark Geyer, Lynn Barbaria, Andrew Giannini and Evonne Rogers

Dated: October 15, 2015                    Respectfully submitted,

/s/ Heath A. Havey
HEATH A. HAVEY
Attorney for Plaintiff Rebecca Havey and Minor Plaintiff Everett H., as Plaintiff Pro Se and as Guardian ad Litem for Minor Plaintiff Everett H.

**\*Attestation:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.**

LOZANO SMITH
One Capitol Mall, Suite 640 Sacramento, California 95814
Tel 916-329-7433  Fax 916-329-9050

JOINT STIP. RE: THIRD-PARTY SUBPOENAS;          3          Everett H. et al. v. DCJESD et al.
[PROPOSED] ORDER                                           Case No. 2:13-cv-00889-MCE-DAD

# ORDER

Based upon the Stipulation between Plaintiffs Heath Havey, Rebecca Havey and Everett H. ("Plaintiffs") and Defendants Dry Creek Joint Elementary School District, Mark Geyer, Lynn Barbaria, Andrew Giannini and Evonne Rogers ("Defendants"), by and through their respective counsel, executed and filed with the Court on October 15, 2015, and GOOD CAUSE APPEARING THEREFORE:

The description of the documents which Third Parties San Juan Unified School District and Visions in Education are commanded to produce pursuant to the subpoenas served on the Third Parties by Defendant Dry Creek Elementary School District et al., is modified as follows:

> Records relating to Everett H▓▓▓, DOB ▓▓/03, including educational assessments, evaluation reports, signed individualized education plans, progress reports, report cards, enrollment records, attendance records, standardized testing records, and communications with Everett's parents regarding these records, redacting all private information not specifically responsive to the categories delineated above.

Additionally, pursuant to the parties' Stipulation, the Court will order the Stipulated Protective Order for Standard Litigation ("Protective Order"), filed and submitted separately but concurrently herewith. Third Parties San Juan Unified School District and Visions in Education are deemed "Designating Parties" as that term is defined in the Protective Order.

**IT IS SO ORDERED.**

Dated: October 16, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\everettH0889.stip.subpoenas.ord.doc

LOZANO SMITH
One Capitol Mall, Suite 640 Sacramento, California 95814
Tel 916-329-7433 Fax 916-329-9050