Sloan R. Simmons, SBN 233752
Marcella L. Gutierrez, SBN 214224
Jessica Gasbarro, SBN 258100
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone:   (916) 329-7433
Facsimile:   (916) 329-9050
Email:   jgasbarro@lozanosmith.com

Attorneys for Defendants
Dry Creek Joint Elementary School District,
Mark Geyer, Lynn Barbaria,
Andrew Giannini and Evonne Rogers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT H., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 2:13-cv-00889-MCE-DAD<br><br>**JOINT STIPULATION RE: REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO RULE 68 WITHOUT DELAY, OR IN THE ALTERNATIVE RULE 54(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE; AND [PROPOSED] ORDER** |

JOINT STIP. RE: REQUEST FOR ENTRY OF JUDGMENT;
& [PROPOSED] ORDER

Everett H. et al. v. DCJESD et al.
Case No. 2:13-cv-00889-MCE-DAD

Plaintiffs Heath Havey, Rebecca Havey and Everett H. ("Plaintiffs"), and Defendants Dry Creek Joint Elementary School District, Mark Geyer, Lynn Barbaria, Andrew Giannini and Evonne Rogers ("District Defendants" and, collectively with Plaintiffs, the "Parties"), by and through their respective counsel, urgently request the Court to direct the Clerk to enter judgment **without delay** pursuant to the accepted Offer of Judgment filed under Rule 68(a) of the Federal Rules of Civil Procedure (ECF Docket No. 110). If necessary to accommodate immediate entry of judgment, the Parties stipulate and agree for the Court to enter final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, disposing of all the claims against the District Defendants and allowing the case to proceed against the remaining Defendant California Department of Education. The Parties stipulate as follows:

1. On May 12, 2014, Plaintiffs filed their operative Second Amended Complaint ("SAC") in this action;

2. On November 10, 2015, District Defendants served a Rule 68 Offer of Judgment ("Rule 68 Offer") on Plaintiffs;

3. On November 24, 2015, Plaintiffs accepted District Defendants' November 10, 2015 Rule 68 Offer, and Plaintiffs served on District Defendants their Notice of Acceptance of Offer of Judgment Under F.R.C.P. Rule 68;

4. On November 24, 2015, Plaintiffs filed their Notice of Acceptance of Offer of Judgment Under F.R.C.P. Rule 68 with the Court (ECF Docket No. 110). A true and correct copy of ECF Docket No. 110 and its attachments, which includes District Defendants' Rule 68 Offer, Plaintiffs' Notice of Acceptance of Offer of Judgment Under F.R.C.P. Rule 68, and Proof of Service of the Notice of Acceptance, are attached collectively hereto as Exhibit "A" and incorporated by reference;

5. On December 8, 2015, District Defendants' counsel sent an email to the Courtroom Deputy to the Honorable Chief Judge England, Ms. Stephanie Deutsch, inquiring as to the anticipated timeline for when Judgment would be entered in this case by the clerk pursuant to the accepted Rule 68 Offer. Ms. Deutsch responded that "[t]he clerk's office will only enter one judgment at the conclusion of the entire case. I hope this helps." A true and correct copy of this email exchange is attached hereto as Exhibit "B" and incorporated by reference.

///

6. Plaintiffs assert there is no just cause for delay, and contend that they will be prejudiced by any delays in entering judgment pursuant to Rule 68. Plaintiffs accepted the Rule 68 Offer, even though they contend it does not fully compensate Everett H. for the harms caused consistent with the allegations in the SAC, primarily to ensure they will be able to immediately begin providing services, therapies, and necessary education to Everett without delay. This was done to ensure that further educational and other harms do not continue to accrue and that Everett can close the educational gap as much as possible without delay or continuing harm. Plaintiffs contend that waiting until trial or final judgment as to the claims against the CDE will compound the harms against Everett that Plaintiffs can otherwise begin to remediate now. Plaintiffs believe it is in Everett's best interest to begin using the funding from the Offer of Judgment now, and to supplement that with any future judgment against the CDE related to the claims against the CDE.

7. The District Defendants assert that there is no just cause for delay of entry of judgment in this matter, and that an entry of judgment at this time is necessary to provide the District Defendants with complete and final closure of this case relative to the District Defendants, allow for the final payment to Plaintiffs for full satisfaction of this case as it pertains to the claims against the District Defendants in the SAC, and to provide certainty as to the cessation of any further incurrence of attorneys' fees and costs in this matter on behalf of the District Defendants.

8. Based upon the foregoing, and the absence of entry of judgment in this case consistent with the accepted Rule 68 Offer to date, the Parties stipulate and agree that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, the Court should direct the Clerk to enter judgment against District Defendants **without delay**, pursuant to the Rule 68 Offer and its acceptance by Plaintiffs, as to District Defendants and the claims against them in the SAC, including the First, Fourth, Fifth, Sixth and Eleventh Claims for Relief, and the Twelfth Claim for Relief to the extent asserted against the individual District Defendants. *See* Fed. R. Civ. P. 68(a) ("Making an Offer; Judgment on an Accepted Offer. At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the

///

1. offer and notice of acceptance, plus proof of service. The clerk *must* **then** enter judgment.") (emphasis added);

9. In the alternative, the Parties stipulate and agree that the Court, in its discretion, should enter judgment against the District Defendants based upon Plaintiffs' acceptance of the Rule 68 Offer, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, which provides:

> When an action presents more than one claim for relief—whether as a claim, counterclaim, crossclaim, or third-party claim—or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay. Otherwise, any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

The Parties stipulate and agree that Plaintiffs' acceptance of the Rule 68 Offer resolves all claims contained in the SAC against District Defendants only. The Parties agree that the accepted Rule 68 Offer does not dispose of, adjudicate or otherwise resolve the remaining claims of Plaintiffs in the SAC against the California Department of Education, and that there is no just reason for delay in the entry of judgment in this case consistent with the accepted Rule 68 Offer. *See, e.g., Harry & David v. ICG Am. Inc.*, Case no. 08-3106-CL, 2010 U.S. Dist. LEXIS 135688, *1-5; *Griffin v. Archbold Med. Ctr., Inc.*, Case No. 7:08-cv-54(HL), 2009 U.S. Dist. LEXIS 40718, *1-2 (M.D. Ga. May 14, 2009) (citing *Acceptance Indem. Ins. Co. v. Southeastern Forge, Inc.* (M.D. Ga. 2002) 2009 F.R.D. 697, 699).

10. The Parties therefore respectfully request the Court direct the Clerk to enter Judgment against District Defendants only, in accordance with Rule 68(a), or, in the alternative, the Court enter Judgment in its own discretion, pursuant to Rule 54(b), because there is no just reason to delay entry of judgment consistent with the accepted Rule 68 Offer.

Dated: December 23, 2015

Respectfully submitted,

**LOZANO SMITH**

/s/ Sloan R. Simmons
SLOAN R. SIMMONS
MARCELLA L. GUTIERREZ
JESSICA GASBARRO
Attorneys for Defendants
Dry Creek Joint Elementary School District, Mark Geyer, Lynn Barbaria, Andrew Giannini and Evonne Rogers

Dated: December 23, 2015                    Respectfully submitted,

/s/ Heath A. Havey
HEATH A. HAVEY
Attorney for Plaintiff Rebecca Havey and Minor
Plaintiff Everett H., as Plaintiff Pro Se and as
Guardian ad Litem for Minor Plaintiff Everett H.

***Attestation:  The filer of this document attests that the concurrence of the other signatories thereto has been obtained.**

# [PROPOSED] ORDER

Based upon the foregoing Stipulation between Plaintiffs Heath Havey, Rebecca Havey and Everett H. ("Plaintiffs") and Defendants Dry Creek Joint Elementary School District, Mark Geyer, Lynn Barbaria, Andrew Giannini and Evonne Rogers ("District Defendants"), and GOOD CAUSE APPEARING THEREFORE:

[The Court directs the Clerk <u>without delay</u>, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, to enter Judgment against District Defendants only, consistent with the accepted Rule 68 Offer of Judgment (ECF Docket No. 110), notice of acceptance of which was filed with the Court on November 24, 2015]; [and/or]

[The Court finds that there is no just reason for delay in entering judgment against District Defendants, and orders that <u>without delay</u>, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, Judgment be entered against District Defendants only, consistent with the accepted Rule 68 Offer of Judgment (ECF Docket No. 110), notice of acceptance of which was filed with the Court on November 24, 2015].

**IT IS SO ORDERED.**

DATED:

By: _____
UNITED STATES DISTRICT COURT
CHIEF JUDGE MORRISON C. ENGLAND

*Everett H. et al. v. Dry Creek Joint Elementary School District et al.*

Case No. 2:13-cv-00889-MCE-DAD

**JOINT STIPULATION RE: REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO RULE 68 AND/OR RULE 54(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE; AND [PROPOSED] ORDER**

# Exhibit A

Sloan R. Simmons, SBN 233752
Marcella L. Gutierrez, SBN 214224
Jessica Gasbarro, SBN 258100
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone:   (916) 329-7433
Facsimile:   (916) 329-9050
Email:   jgasbarro@lozanosmith.com

Attorneys for Defendants
Dry Creek Joint Elementary School District,
Mark Geyer, Lynn Barbaria,
Andrew Giannini and Evonne Rogers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT H., et al.,<br><br>              Plaintiffs,<br><br>       vs.<br><br>DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, et al.,<br><br>              Defendants. | Case No. 2:13-cv-00889-MCE-DAD<br><br>**DISTRICT DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFFS PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

TO PLAINTFFS HEATH HAVEY, REBECCA HAVEY, AND E.H.:

Under the Rule 68 of the Federal Rules of Civil Procedure, Defendants Dry Creek Joint Elementary School District, Mark Geyer, Lynn Barbaria, Andrew Giannini and Evonne Rogers (collectively "District Defendants"), hereby jointly make the following offer ("Offer") to allow entry of judgment to be taken against them:

A judgment in favor of Plaintiffs E.H., Heath Havey and Rebecca Havey ("Plaintiffs") and against the District Defendants in a sum not to exceed ONE HUNDRED THOUSAND DOLLARS ($100,000.00). This shall be the total amount to be paid by the District Defendants as full payment and satisfaction of all present and future claims and requests for relief by Plaintiffs for the acts alleged in the

operative Second Amended Complaint ("SAC") in this action, which sum includes but is not limited to all costs, attorneys' fees, expert fees, expenses, damages and remedies for all alleged injuries of any nature now accrued or otherwise recoverable arising from the facts alleged in this action.

This Offer is made for the purposes specified in Rule 68, and shall not be construed as either an admission of liability or that Plaintiffs have suffered any damages or injuries.

This Offer will remain open and irrevocable for fourteen (14) days after service on Plaintiffs. If Plaintiffs do not accept this Offer, in writing, within fourteen (14) days after service, then the District Defendants' Offer shall be deemed withdrawn in accordance with Rule 68.

This Offer shall not be filed with the Court unless (a) accepted by Plaintiffs, or (b) in a proceeding to determine the reasonableness hereof.

If Plaintiffs do not accept this Offer, they may become obligated to pay the District Defendants' costs incurred after making this Offer.

Dated: November 10, 2015

LOZANO SMITH

*/s/ Sloan R. Simmons/*

SLOAN R. SIMMONS
MARCELLA L. GUTIERREZ
JESSICA GASBARRO
Attorneys for Defendants
Dry Creek Joint Elementary School District,
Mark Geyer, Lynn Barbaria, Andrew Giannini
and Evonne Rogers

District Defs.' Offer of Judgment Pursuant to FRCP 68

Everett H. et al. v. DCJESD et al.
Case No. 2:13-cv-00889-MCE-DAD

# PROOF OF SERVICE

I, Krista Paterson, am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is One Capitol Mall, Suite 640, Sacramento, California 95814.

On November 10, 2015 I served the:

**DISTRICT DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFFS PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

| Party | Attorneys | Email Address | Mailing Address |
|---|---|---|---|
| Plaintiffs Everett H., Heath Havey, Rebecca Havey | Heath Havey | HaveyH@seyfarth.com | 400 Capitol Mall, Suite 2350, Sacramento, CA 95814 |

[ X ]  (*By Electronic Mail*) on all parties in said action by transmitting a true and correct to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]  *(BY OVERNIGHT MAIL) I caused a copy of said pleadings to be sent by overnight mail to the parties listed above.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 10, 2015, at Sacramento, California.

Krista Paterson

---

District Defs.' Offer of Judgment Pursuant to FRCP 68

Everett H. et al. v. DCJESD et al.
Case No. 2:13-cv-00889-MCE-DAD

1  HEATH A. HAVEY (SBN 244087)
   400 Capitol Mall, Suite 2350
2  Sacramento, CA 95814
   E-mail: hhavey@seyfarth.com
3  Tel: 916-448-0159
   Fax: 916-558-4839
4
   Attorney for Plaintiff Rebecca Havey and
5  Minor Plaintiff Everett H.

6
   HEATH A. HAVEY
7  9450 Courtney Way
   Roseville, California 95747
8  Telephone: (916) 749-4526
   Fax: 916-558-4839
9  E-mail: hhavey@seyfarth.com

10 Plaintiff Pro Se and Guardian ad Litem
   for Minor Plaintiff Everett H.
11
12                IN THE UNITED STATES DISTRICT COURT
13                   EASTERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  EVERETT H., et al., | Case No. 2:13-CV-00889-MCE-DAD |
| 16           Plaintiffs, | **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT UNDER F.R.C.P. RULE 68** |
| 17        vs. | |
| 18  DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, et al., | |
| 19  | Complaint Filed: May 06, 2013<br>Trial Date: July 25, 2016 |
| 20           Defendants. | |

21

22      PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil
23 Procedure, plaintiffs Everett H., Rebecca Havey, and Heath Havey ("Plaintiffs") accept the Offer
24 of Judgment served on Plaintiffs on November 10, 2015, in the amount of $100,000 (one hundred
25 thousand dollars), jointly proffered by defendants Dry Creek Joint Elementary School District,
26 Mark Geyer, Lynn Barbaria, Andrew Giannini, and Evonne Rogers (collectively "District
27 Defendants"), attached hereto as Exhibit 1, to allow judgment to be taken against them. Plaintiffs
28 reserve all rights of Plaintiffs in regards to acceptance of the Offer of Judgment, including but not

NOTICE OF ACCEPTANCE OF OFFER OF           1           Case No. 2:13-CV-00889-MCE-DAD
JUDGMENT UNDER F.R.C.P. RULE 68

limited to the filing of the Offer of Judgment, this Notice of Acceptance, Proof of Service with the Court, and supplementing discovery as to the District Defendants should the Court not enter judgment.

Consistent with the terms of the Offer of Judgment, this Notice of Acceptance does not affect Plaintiffs' action as to defendant California Department of Education ("CDE"). Plaintiffs reserve all rights as to their action, damages, and claims for relief against the CDE, including but not limited to the right to collect reasonable costs and attorneys' fees.

Date: November 24, 2015

By: _____
Heath A. Havey
Attorney for Plaintiff Rebecca Havey and
Minor Plaintiff Everett H., as Plaintiff Pro Se and
Guardian ad Litem for Minor Plaintiff Everett H.

# EXHIBIT 1

Sloan R. Simmons, SBN 233752
Marcella L. Gutierrez, SBN 214224
Jessica Gasbarro, SBN 258100
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone: (916) 329-7433
Facsimile: (916) 329-9050
Email: jgasbarro@lozanosmith.com

Attorneys for Defendants
Dry Creek Joint Elementary School District,
Mark Geyer, Lynn Barbaria,
Andrew Giannini and Evonne Rogers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT H., et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 2:13-cv-00889-MCE-DAD<br><br>**DISTRICT DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFFS PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

TO PLAINTIFFS HEATH HAVEY, REBECCA HAVEY, AND E.H.:

Under the Rule 68 of the Federal Rules of Civil Procedure, Defendants Dry Creek Joint Elementary School District, Mark Geyer, Lynn Barbaria, Andrew Giannini and Evonne Rogers (collectively "District Defendants"), hereby jointly make the following offer ("Offer") to allow entry of judgment to be taken against them:

A judgment in favor of Plaintiffs E.H., Heath Havey and Rebecca Havey ("Plaintiffs") and against the District Defendants in a sum not to exceed ONE HUNDRED THOUSAND DOLLARS ($100,000.00). This shall be the total amount to be paid by the District Defendants as full payment and satisfaction of all present and future claims and requests for relief by Plaintiffs for the acts alleged in the

operative Second Amended Complaint ("SAC") in this action, which sum includes but is not limited to all costs, attorneys' fees, expert fees, expenses, damages and remedies for all alleged injuries of any nature now accrued or otherwise recoverable arising from the facts alleged in this action.

This Offer is made for the purposes specified in Rule 68, and shall not be construed as either an admission of liability or that Plaintiffs have suffered any damages or injuries.

This Offer will remain open and irrevocable for fourteen (14) days after service on Plaintiffs. If Plaintiffs do not accept this Offer, in writing, within fourteen (14) days after service, then the District Defendants' Offer shall be deemed withdrawn in accordance with Rule 68.

This Offer shall not be filed with the Court unless (a) accepted by Plaintiffs, or (b) in a proceeding to determine the reasonableness hereof.

If Plaintiffs do not accept this Offer, they may become obligated to pay the District Defendants' costs incurred after making this Offer.

Dated: November 10, 2015

**LOZANO SMITH**

SLOAN R. SIMMONS
MARCELLA L. GUTIERREZ
JESSICA GASBARRO
Attorneys for Defendants
Dry Creek Joint Elementary School District,
Mark Geyer, Lynn Barbaria, Andrew Giannini
and Evonne Rogers

District Defs.' Offer of Judgment Pursuant to FRCP 68

Everett H. et al. v. DCJESD et al.
Case No. 2:13-cv-00889-MCE-DAD

# PROOF OF SERVICE

I, Krista Paterson, am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is One Capitol Mall, Suite 640, Sacramento, California 95814.

On November 10, 2015 I served the:

**DISTRICT DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFFS PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

| Party | Attorneys | Email Address | Mailing Address |
|---|---|---|---|
| Plaintiffs Everett H., Heath Havey, Rebecca Havey | Heath Havey | Havey1@seyfarth.com | 400 Capitol Mall, Suite 2350, Sacramento, CA 95814 |

[ X ]  (*By Electronic Mail*) on all parties in said action by transmitting a true and correct to the persons at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]  *(BY OVERNIGHT MAIL)* I caused a copy of said pleadings to be sent by overnight mail to the parties listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 10, 2015, at Sacramento, California.

_____
Krista Paterson

HEATH A. HAVEY (SBN 244087)
400 Capitol Mall, Suite 2350
Sacramento, CA 95814
E-mail: hhavey@seyfarth.com
Tel: 916-448-0159
Fax: 916-558-4839

Attorney for Plaintiff Rebecca Havey and
Minor Plaintiff Everett H.

HEATH A. HAVEY
9450 Courtney Way
Roseville, California 95747
Telephone: (916) 749-4526
Facsimile: (916) 341-0141
E-mail: haveyh@jacksonlewis.com

Plaintiff Pro Se and Guardian ad Litem
for Minor Plaintiff Everett H.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT H., et al., | Case No. 2:13-CV-00889-MCE-DAD |
| Plaintiffs, | **PROOF OF SERVICE RE: NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT UNDER F.R.C.P. RULE 68** |
| vs. | |
| DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, et al., | |
| Defendants. | Complaint Filed: May 06, 2013<br>Trial Date: July 25, 2016 |

I am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 400 Capitol Mall, Suite 2350, Sacramento, California 95814.

On November 24, 2015, I served the within **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT UNDER F.R.C.P. RULE 68** on all interested parties in said action, through their attorneys of record as listed below, by placing a true and correct copy thereof, addressed as shown below, by the following means:

**PROOF OF SERVICE**  3  Case No. 2:13-CV-00889-MCE-DAD

1  ☐ **PERSONAL SERVICE** - by personally delivering a true and correct copy thereof to the person at the address set forth below, in accordance with Code of Civil Procedure section 1011(a).

3  ☒ **MAIL** - by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Jackson Lewis P.C.'s ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth below. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

6  ☐ **OVERNIGHT DELIVERY** - by depositing a true and correct copy thereof enclosed in a sealed envelope with delivery fees thereon fully prepaid in a box or other facility regularly maintained by Federal Express or delivering to an authorized courier or driver authorized by Federal Express to receive documents, addressed as set forth below.

9  ☐ **FACSIMILE TRANSMISSION** - by transmitting a true and correct copy by facsimile from facsimile number (916) 341-0141 to the person(s) at the facsimile number(s) set forth below, which transmission was confirmed as complete. A copy of the transmission record is attached hereto.

11 ☒ **ELECTRONIC MAIL** - by forwarding a true and correct copy thereof by e-mail from e-mail address to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Leonard Bruce Garfinkel, Esq.<br>California Department of Education<br>1430 N Street Suite 5319<br>Sacramento, CA 95814<br>(916) 319-0860 Telephone<br>(916) 319-0155 Facsimile<br>lgarfinkel@cde.ca.gov Email | Counsel for Defendant<br>**California Department of Education** |
| Solan R. Simmons, Esq.<br>Marcella L. Gutierrez, Esq.<br>Jessica Gasbarro, Esq.<br>LOZANO SMITH<br>One Capitol Mall, Suite 640<br>Sacramento, CA 95814<br>(916) 329-7433 Telephone<br>(916) 329-9050 Facsimile<br>ssimmons@lozanosmith.com Email<br>mgutierrez@lozanosmith.com Email<br>jgasbarro@lozanosmith.com Email | Counsel for Defendants<br>**Dry Creek Joint Elementary School District, Mark Geyer, Lynn Barbaria, Andrew Giannini, and Evonne Rogers** |

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed on November 24, 2015, at Sacramento, California.

*Diana Gomez*
Diana Gomez

PROOF OF SERVICE        4        Case No. 2:13-CV-00889-MCE-DAD

*Everett H. et al. v. Dry Creek Joint Elementary School District et al.*

Case No. 2:13-cv-00889-MCE-DAD

**JOINT STIPULATION RE: REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO RULE 68 AND/OR RULE 54(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE; AND [PROPOSED] ORDER**

# Exhibit B

**Sloan R. Simmons**

| | |
|---|---|
| **From:** | SDeutsch@caed.uscourts.gov |
| **Sent:** | Wednesday, December 09, 2015 9:48 AM |
| **To:** | Sloan R. Simmons |
| **Subject:** | Re: E.H. v. Dry Creek Joint Elementary School District et al., Case No. 2:13-cv-00889-MCE-EFB |

Good morning.  The clerk's office will only enter one judgment at the conclusion of the entire case.  I hope this helps.  Thank you.

---

Stephanie Deutsch,
Courtroom Deputy to Chief Judge England
United States District Court
501 I Street, Suite 4-200
Sacramento, California 95814
(916) 930.4207
sdeutsch@caed.uscourts.gov


From:     "Sloan R. Simmons" <SSimmons@lozanosmith.com>
To:       "'SDeutsch@caed.uscourts.gov'" <SDeutsch@caed.uscourts.gov>
Date:     12/08/2015 10:34 AM
Subject:  E.H. v. Dry Creek Joint Elementary School District et al., Case No. 2:13-cv-00889-MCE-EFB

---

Good morning, Ms. Deutsch.

As you may be aware, on November 24, 2015, Plaintiffs filed notice of their Notice of Acceptance of the District Defendants' Offer of Judgment under Rule 68.  In light of same, this is to inquire whether you have a sense of the timeline on which the Clerk will enter Judgment pursuant to the District Defendants' offer and Plaintiffs' acceptance.

Sincerely,

**Sloan R. Simmons**
Attorney at Law
T: 916.329.7433 | F: 916.329.9050
One Capitol Mall, Suite 640
Sacramento, CA 95814
lozanosmith.com



Email | Attorney Bio | Vcard

CONFIDENTIALITY NOTICE:  This electronic mail transmission may contain privileged and/or confidential information only for use by the intended recipients.  Unless you are the addressee (or authorized to receive messages for the addressee), you may not use, copy, disclose, or distribute this message (or any information contained in or attached to it) to anyone.  You may be subject to civil action and/or criminal penalties for violation of this restriction.  If you received this transmission in error, please notify the sender by reply e-mail or by telephone at (800) 445-9430 and delete the transmission.  Thank you.

1