HEATH A. HAVEY (SBN 244087)
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
E-mail:  heath.havey@jacksonlewis.com
Tel: 916-341-0404
Fax: 916-341-0141

Attorney for Plaintiff Rebecca Havey and
Minor Plaintiff Everett H.

HEATH A. HAVEY
9450 Courtney Way
Roseville, California  95747
Telephone:  (916) 749-4526
Fax: 916-341-0141
E-mail:  heath.havey@jacksonlewis.com

Plaintiff Pro Se and Guardian ad Litem
for Minor Plaintiff Everett H.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT H., et al., | Case No.  2:13-CV-00889-MCE-DB |
| Plaintiffs, | **ORDER SETTING  SETTLEMENT CONFERENCE** |
| vs. | |
| DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, et al., | Complaint Filed:   May 06, 2013<br>Trial Date:             TBD |
| Defendants. | |

The Settlement Conference in the pending matter is set for March 16, 2017 at 9:00 AM in Courtroom 9 (GGH) before Magistrate Judge Gregory G. Hollows. Confidential Settlement Conference Statements are due no later than March 9, 2017.

IT IS SO ORDERED.

Dated: November 1, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE