AMY BISSON HOLLOWAY, State Bar No. 163731
General Counsel
EDMUNDO R. AGUILAR, State Bar No. 136142
Assistant General Counsel
TODD M. SMITH, State Bar No. 170798
Assistant General Counsel
LEN GARFINKEL, State Bar No. 114815
Assistant General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone:  916 319-0860
Facsimile:   916 319-0155
lgarfinkel@cde.ca.gov

Attorney for Defendant California Department of Education

*(Defendant is a Governmental Agency and Exempt from the Provisions of FRCP 7.1)*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| EVERETT H., a minor, by and through his Guardians Ad Litem REBECCA HAVEY and HEATH HAVEY; REBECCA HAVEY, an individual; and HEATH HAVEY, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT; BOARD OF TRUSTEES OF DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT; MARK GEYER, individually and in his official capacity of Superintendent of Dry Creek Joint Elementary School District; EVONNE ROGERS, individually and in her official capacity as Assistant Superintendent of Educational Services; LYNN BARBARIA, individually and in her official capacity as Director of Special Education; ANDREW GIANNINI, individually and in his official capacity as Principal at Olive Grove Elementary School; CALIFORNIA DEPARTMENT OF EDUCATION; and TOM TORLAKSON, individually and in his official capacity as State Superintendent of Public Instruction for the State of California,<br><br>    Defendants. | Case No. 2:13-cv-00889-MCE-DB<br><br>ORDER GRANTING MODIFICATION OF PRETRIAL SCHEDULING ORDER<br><br>Action Filed :  May 6, 2013<br><br>Trial Date :    July 24, 2017 |

1  Having considered the parties' Stipulation for Modification of Pretrial Scheduling Order, and
2  good cause appearing therefore,
3  IT IS HEREBY ORDERED that dates previously set in the court's Supplemental Pretrial
4  Scheduling Order are modified as follows:

| | |
|---|---|
| Joint Final Pretrial Conference Statement | May 11, 2017 |
| Trial Briefs | May 11, 2017 |
| Motions in Limine | May 11, 2017 |
| Oppositions to Motions in Limine | May 25, 2017 |
| Replies re: Motions in Limine | June 1, 2017 |
| Final Pretrial Conference/Motions Heard | June 15, 2017 at 2:00 p.m. |
| Trial | July 24, 2017 at 9:00 a.m. |

IT IS SO ORDERED.

Dated:  March 31, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE