1  AMY BISSON HOLLOWAY, State Bar No. 163731
   General Counsel
2  EDMUNDO AGUILAR, State Bar No. 136142
   Assistant General Counsel
3  TODD M. SMITH, State Bar No. 170798
   Assistant General Counsel
4  LEN GARFINKEL, State Bar No. 114815
   Deputy General Counsel
5  California Department of Education
   1430 N Street, Room 5319
6  Sacramento, CA 95814
   Telephone: 916-319-0860
7  Facsimile: 916-319-0155
   lgarfinkel@cde.ca.gov
8  Attorneys for Defendant California Department of Education

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EVERETT H., a minor, by and through his Guardians Ad Litem REBECCA HAVEY and HEATH HAVEY; REBECCA HAVEY, an individual; and HEATH HAVEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT; BOARD OF TRUSTEES OF DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT; MARK GEYER, individually and in his official capacity of Superintendent of Dry Creek Joint Elementary School District; EVONNE ROGERS, individually and in her official capacity as Assistant Superintendent of Educational Services; LYNN BARBARIA, individually and in her official capacity as Director of Special Education; ANDREW GIANNINI, individually and in his official capacity as Principal at Olive Grove Elementary School; CALIFORNIA DEPARTMENT OF EDUCATION; and TOM TORLAKSON, individually and in his official capacity as State Superintendent of Public Instruction for the State of California,<br><br>Defendants. | Case No. 2:13-cv-00889-MCE-DB<br><br>ORDER GRANTING REQUEST FOR COMPUTER ASSISTED REAL TIME REPORTING FOR A WITNESS AT TRIAL<br><br>Action Filed: May 6, 2013<br>Trial Date: July 24, 2017 |

1     Good cause appearing, the Court hereby orders that Computer Assisted Real Time ("CART") reporting will be provided for witness Susan Gallagher when she testifies in defendant the California Department of Education's case (which is scheduled to be presented on August 7-9 and 14-15), in accommodation of her hearing impairment.

    IT IS SO ORDERED.

Dated: June 29, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE