AMY BISSON HOLLOWAY, State Bar No. 163731
General Counsel
EDMUNDO R. AGUILAR, State Bar No. 136142
Assistant General Counsel
TODD M. SMITH, State Bar No. 170798
Assistant General Counsel
LEN GARFINKEL, State Bar No. 114815
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, CA 95814
Telephone: 916-319-0860
Facsimile: 916-319-0155
lgarfinkel@cde.ca.gov
Attorneys for Defendant California Department of Education

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EVERETT H., a minor, by and through his Guardians Ad Litem REBECCA HAVEY and HEATH HAVEY; REBECCA HAVEY, an individual; and HEATH HAVEY, an individual,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT; BOARD OF TRUSTEES OF DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT; MARK GEYER, individually and in his official capacity of Superintendent of Dry Creek Joint Elementary School District; EVONNE ROGERS, individually and in her official capacity as Assistant Superintendent of Educational Services; LYNN BARBARIA, individually and in her official capacity as Director of Special Education; ANDREW GIANNINI, individually and in his official capacity as Principal at Olive Grove Elementary School; CALIFORNIA DEPARTMENT OF EDUCATION; and TOM TORLAKSON, individually and in his official capacity as State Superintendent of Public Instruction for the State of California,<br><br>　　Defendants. | Case No. 2:13-cv-00889-MCE-DB<br><br>ORDER GRANTING REQUEST TO SEAL DOCUMENTS BY DEFENDANT CALIFORNIA DEPARTMENT OF EDUCATION<br><br><br>Action Filed : May 6, 2013<br>Trial Date :　July 24, 2017 |

---

Case No. 2:13-CV-00889-MCE-DB　　　　　　　　　　　　　　　　　　　Order Granting Request
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　to Seal Documents

1  The request of Defendant California Department of Education to seal the Exhibits in
2 Dkt. # 203-2 through Dkt. # 203-22 having been considered by the court, and good cause having been
3 shown, said documents shall be sealed until further order of the court, and access shall be limited to the
4 court, court staff and counsel for the parties.
5  IT IS SO ORDERED.
6 Dated: July 13, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE