HEATH A. HAVEY (SBN 244087)
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
E-mail: heath.havey@jacksonlewis.com
Tel: 916-341-0404
Fax: 916-341-0141

Attorney for Minor Plaintiff Everett H.

HEATH A. HAVEY
REBECCA F. HAVEY
9450 Courtney Way
Roseville, California 95747
Telephone: (916) 749-4526
Fax: 916-341-0141
E-mail: heath.havey@jacksonlewis.com

Plaintiffs Pro Se

**FILED**

AUG - 7 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EVERETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No. 2:13-CV-00889-MCE-DB <br><br> **EX PARTE PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM ; [PROPOSED] ORDER** <br><br><br> Action Filed: May 6, 2013 <br> Trial Date: July 24, 2017 |

**TO THE HONORABLE COURT, DEFENDANT AND THEIR ATTORNEYS OF RECORD:**

At the request of the Court, plaintiffs Rebecca Havey and Heath Havey ("Plaintiff Parents"), as parents of minor Everett H., a plaintiff in this action, hereby petition the Court ex parte to appoint Chris Vaterlaus as guardian ad litem for Everett H. as to disposition of this action pursuant to Rule 17(c)(2)Federal Rule of Civil Procedure. Plaintiff Parents approve and consent to Chris Vaterlaus

1

being appointed guardian ad litem for this case, as he has been Everett H.'s ecclesiastical leader since 2012, is not a party to this case, has no interest in the outcome of this case, and will keep the best interests of minor Everett H. in mind as to any disposition in this case.

Date: __August 6, 2017__          /s/ _Heath A. Havey_
                                  Heath A. Havey

                                  Attorney for Minor Plaintiff Everett H., and as Plaintiff Pro Se

## [PROPOSED] ORDER

Having considered the Ex Parte Petition for Appointment of Guardian ad litem, and good cause appearing therefore,

IT IS ORDERED that Chris Vaterlaus is appointed as guardian ad litem for Everett H. related to the disposition of this action.

Date: 8·7·2017                    _____
                                  UNITED STATES DISTRICT COURT JUDGE